UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 5, 2020    **Time:** 10:10-11:10 am    **Judge:** Edward J. Davila

**Total Time:** 1 Hr.

**Case No.:** 20-cr-00198-EJD-1    **Case Name:** UNITED STATES v. Cuauhtemoc Gonzalez(P)(NC)

**Attorney for Plaintiff:** Casey Boome
**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** Anthony Cardenas

### PROCEEDINGS – CHANGE OF PLEA/SENTENCING HEARING
Via Zoom Webinar Remotely due to COVID19

Defendant is present, out of custody and consents to the proceeding being held via Zoom video due to COVID19.
**Change of Plea – 10:10-10:30 am**
Plea agreement executed.  Defendant is sworn.  The Defendant pled guilty to Ct. 1 of the Felony Information (Dkt. 9 filed 5/11/2020).  The Court accepted the guilty plea and ordered the plea recorded.

**Sentencing – 10:30-11:10 am**
The Court GRANTS a variance.
The Court sentenced the defendant as follows:
The defendant is hereby placed on probation for a term of 5 years as to Ct. 1 of the Felony Information with six-month home confinement.  The Court adopts the Probation Officer's recommendation for the conditions of probation;
The Court imposed a $100.00 Special Assessment which is due immediately;
Fine was waived; and
The Court ordered Defendant's interest in the forfeiture items is forfeited.  The Government may file a proposed forfeiture order for the Court's review/approval.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: